

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2022

No. 04-22-00237-CV

Rita **DIAZ** and A/N/F of Roxanna Gonzalez, Rita Gonzalez and Rolando Gonzalez Jr.,
Appellant

v.

Gregorio **LOPEZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVA000591-D4
Honorable David E. Garcia, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant is indigent.

It is so **ORDERED** on June 29, 2022.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2022.

_____
Michael A. Cruz, Clerk of Court